MATTHEW M. GOGGIN et al., Respondents, *v.* MANHATTAN RAILWAY COMPANY et al., Appellants.

*Goggin* v. *Manhattan Railway Co.*, 124 App. Div. 644, reversed.
(Argued June 8, 1909; decided October 5, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1908, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term and granting a new trial in an action to restrain the operation and maintenance of an elevated railway in front of certain premises and for damages.

*J. Osgood Nichols* and *Alfred A. Gardner* for appellants.

*Charles H. Strong* for respondents.

Order of Appellate Division reversed and judgment of Special Term affirmed, with costs in both courts, on dissenting opinion of HOUGHTON, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Dissenting: EDWARD T. BARTLETT, J.